IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEREK ROUSE, individually and o/b/o all other persons similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 4:22-cv-0204-DGK<br>)<br>) |
| LANGUAGE LINE SERVICES, INC., | )<br>) |
| Defendant. | )<br>) |

## SCHEDULING AND TRIAL ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the schedule below is hereby established.

### Key Dates

1. The parties shall exchange Rule 26(a)(1) disclosures on or before <u>June 30, 2022</u>.
2. Discovery shall proceed in two phases. Phase I discovery shall begin immediately and will include discovery of all aspects of the named Plaintiff's individual claims and all issues relating to conditional class certification. Discovery motions related to Phase I shall be filed on or before <u>August 26, 2022</u>.
3. Phase I discovery shall be completed on or before <u>September 2, 2022</u>.
4. Plaintiff shall file his motion for conditional class certification on or before September 9, 2022. Defendant shall file its response on or before September 23, 2022. Plaintiff shall file any reply on or before October 7, 2022.
5. Once the Court rules on conditional class certification, the parties shall meet and confer regarding an amended scheduling order for discovery (Phase II) on any remaining issues. The parties shall submit a proposed amended scheduling order within two weeks of the Court's ruling on conditional class certification.

### Discovery

1. **Motions**. All discovery motions related to Phase I discovery shall be filed on or before <u>August 26, 2022</u>. The Court will not entertain any discovery motion absent full compliance with Local Rule 37.1. Any discovery motion filed without complying with Local Rule 37.1 will be denied. **Except in extraordinary circumstances, problems with discovery**

**which are not brought to the Court's attention in time for the opponent to make a proper response and the Court to make an informed ruling before the close of discovery will be waived.**

    2.    **Final Discovery Deadline**. All Phase I discovery shall be completed (not simply submitted) on or before <u>September 2, 2022</u>. Accordingly, all discovery requests and depositions shall be submitted, responded to, and/or taken prior to the date specified in this paragraph and all disputed issues shall be brought to the Court's attention and resolved prior to this time.

<u>**All other deadlines and dates**</u>

All other deadlines and dates shall be set, if necessary, in a subsequent scheduling order.

**IT IS SO ORDERED.**

Date:  <u>June 27, 2022</u>              <u>/s/ Greg Kays</u>
                                          GREG KAYS, JUDGE
                                          UNITED STATES DISTRICT COURT