Exhibit B

# ATTORNEY - CLIENT CONTRACT

This CONTRACT is made and entered into this 31 **day of** December **, 2021**, by and between Koc Law LLC ("ATTORNEY") and Derek Rouse ("CLIENT").

CLIENT hereby retains, authorizes and engages ATTORNEY to represent CLIENT as legal counsel for all purposes in connection with the investigation and prosecution of claims CLIENT may have as a result of **the failure of Language Line Services to pay full overtime and regular hourly wages as required by state or federal law to Derek Rouse** on the following terms and conditions:

**I. UNDERTAKING.** ATTORNEY agrees to investigate and research CLIENT claim and, if warranted file and prosecute a lawsuit on CLIENT behalf to settlement or judgment. CLIENT understands and agrees that ATTORNEY makes no representation or guarantees regarding the outcome of CLIENT claims and understands and agrees that ATTORNEY retains the right to cancel this contract if, after research and investigation, the claims appear to be without merit. ATTORNEY will not settle CLIENT claims without CLIENT consent and all settlement offers will be communicated by ATTORNEY to CLIENT.

**II. FEES**. As compensation, ATTORNEY shall receive the following percentage(s) of the recovery as follows:

**FORTY-FIVE (45%)**

"Recovery" as used above means the total amount of monies or things of value recovered, including court awarded attorneys fees. In the event of a structured settlement the fee provided for above shall be computed on the basis of the cost (if ascertained, otherwise the estimated cost) of the structure. The entire fee shall be due and payable at the time of the settlement. The fee provided for herein shall be computed after the deduction of expenses of investigation and litigation. If attorneys' fees are separately awarded by the court, ATTORNEY may elect to take the fees awarded by the court in lieu of the fees provided for by this CONTRACT. In the event no recovery is obtained, ATTORNEY shall receive nothing for his services. CLIENT and ATTORNEY agree that either may choose to arrange to receive proceeds from a settlement paid via a structured settlement annuity that pays out over a period of time.

**III. APPEAL** This CONTRACT does not obligate ATTORNEY to file an appeal on client behalf and ATTORNEY may decline to do so.

**IV. EXPENSES.** CLIENT has been advised and understands that CLIENT is responsible for all of the expenses of investigation and litigation and CLIENT agrees to pay such expenses. CLIENT hereby specifically authorizes ATTORNEY to deduct and withhold any unpaid expenses from any recovery.

**V. ASSESSED COURT COSTS.** CLIENT has been advised and understands that, *in addition to the expenses referred to in Paragraph IV above,* court costs may be assessed against CLIENT. CLIENT agrees that, any provisions of this contract to the contrary notwithstanding, CLIENT will be responsible for and pay any assessed court costs.

**VI. LOCAL, STATE AND FEDERAL TAXES**. CLIENT has been advised and understands that the total amount of monies or things of value recovered, received or realized by CLIENT, if any, may be taxable to CLIENT under local, state and/or federal law. CLIENT agrees that, any provisions of this contract to the contrary notwithstanding, CLIENT will be solely responsible for and pay any and all such taxes. ATTORNEYS do not agree to pay any portion of any such taxes assessed against CLIENT; rather, CLIENT understands and agrees that the payment of any local, state, and/or federal taxes assessed upon CLIENT recovery is the sole and exclusive responsibility of the CLIENT.

CLIENT further acknowledges that ATTORNEYS do not practice in the field of tax law, and therefore cannot provide CLIENT with any particular advice regarding any issues relating to the taxability of any recovery made by CLIENT. CLIENT expressly agrees that the scope of ATTORNEYS' representation of CLIENT does not include any undertaking to advise CLIENT as to matters of tax law. CLIENT further agrees that, in the event he or she desires additional information regarding any such tax issues, he or she will seek the advice of independent counsel who practice in the particular field of tax law at CLIENT sole expense.

**VII. CLIENT RIGHTS TO DISCONTINUE SUIT OR CHANGE ATTORNEYS**. If at any time CLIENT wishes to discontinue the prosecution of CLIENT's claims, CLIENT may do so upon written notice to ATTORNEYS and upon payment to ATTORNEYS of all expenses incurred to that date. ATTORNEYS will thereafter seek dismissal of the lawsuit, and CLIENT will not be responsible to ATTORNEYS for any legal fees or for the time expended by ATTORNEYS.

If at any time CLIENT wish to discharge ATTORNEYS and substitute other counsel, CLIENT agrees to notify ATTORNEYS in writing of the desire to make such change, pay all expenses incurred by ATTORNEYS to that date, and pay ATTORNEYS the reasonable value of their services rendered to that date.

**VIII. BANKRUPTCY.** CLIENT specifically represents that he/she has not filed for bankruptcy – either under Chapter 7 (liquidation) or Chapter 13 (wage earner plan) of the United States Bankruptcy Code at any time since the date of the first of any occurrences that are the subject of this contract. (CLIENT initial here: __DR__) CLIENT agrees to notify ATTORNEY IMMEDIATELY if CLIENT files for bankruptcy or retains an attorney to discuss filing for bankruptcy. CLIENT has been informed and understands that any bankruptcy filing MUST INCLUDE disclosure of the existence of this lawsuit. Failure to do so will likely result in an involuntary dismissal of this lawsuit by the court and the imposition of costs to CLIENT.

**IX. AUTHORIZATION TO SHARE INFORMATION.** CLIENT authorizes ATTORNEY to consult with other attorneys, experts in other fields, investigators and others concerning CLIENT'S case and to divulge to them such confidential information as is necessary for them to assist ATTORNEY in connection with this engagement. CLIENT understands ATTORNEY is Of Counsel to THE MEYERS LAW FIRM LC and will undertake the representation through THE MEYERS LAW FIRM LC and that ATTORNEY may pursue this matter with other attorneys as co-counsel as may be necessary.

**X. REFERRAL FEE:** CLIENT authorizes payment of a referral fee to the referring attorney in an amount and manner compliant with state law, the applicable code of ethics and any contractual agreements. The Referral fee will be paid out of attorney fees payable to ATTORNEY, and will not decrease any amount payable to CLIENT.

**XI. SOCIAL NETWORKS.** CLIENT agrees that this contract is contingent on ATTORNEY'S review of his/her social networking sites (including Facebook, Instagram, Twitter etc…). CLIENT agrees to immediately cease all activity on, and agrees that from now on CLIENT will not post **any** statement, comment or picture to any such social networking site, internet blog or other website. CLIENT understands that ATTORNEY may require CLIENT to "deactivate" CLIENT'S Facebook and other accounts and/or to increase the security settings on all social networking sites to the highest level possible to prevent others from accessing or obtaining information CLIENT has published thereon. CLIENT agrees to take all necessary precautions to restrict public access to any information CLIENT has published on any social networking site, internet blog, or website. CLIENT has been advised not to delete any information CLIENT has already published on any social networking site, internet blog, or website, and CLIENT understands that doing so may constitute the destruction of evidence, and may seriously jeopardize CLIENT'S case. CLIENT agrees that if CLIENT fails to comply with the provisions of this paragraph, ATTORNEY may terminate this contract at its sole discretion and CLIENT will be responsible for paying all expenses incurred by ATTORNEY on CLIENT's behalf, regardless of whether any recovery is made.

BY SIGNING BELOW, CLIENT ACKNOWLEDGES THAT CLIENT HAS READ, UNDERSTANDS AND HAS RECEIVED A COPY OF THIS CONTRACT. THERE ARE NO OTHER ORAL OR WRITTEN AGREEMENTS BETWEEN CLIENT AND ATTORNEY.

| /s/ Kevin C. Koc | _[signature]_ |
|---|---|
| KOC LAW LLC       ATTORNEY | CLIENT |