IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEREK ROUSE, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:22-cv-00204-DGK |
| LANGUAGE LINE SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Derek Rouse, by and through the undersigned Counsel, hereby moves the Court for leave to file supplemental briefing under seal.

On March 15, 2023, the Court requested that Plaintiff submit *ex parte* supplemental briefing to the Court. [Doc. 36]. Plaintiff's counsel provided the *ex parte* briefing under seal in the form of a letter, via email, on April 12, 2023. Counsel then separately filed, as a supplement, the portion of the supplemental briefing the Court indicated should not be filed *ex parte* as a supplement to his prior motion for approval of FLSA class settlement. [Doc. 37]. Upon further clarification, undersigned counsel understands that the supplemental information he sent *ex parte* on March 15, 2023 is to be filed under seal so that it is part of the record of the case. The Clerk of the Court, after reviewing the prior order [Doc 36], confirmed that an order specifically granting leave to file under seal is needed so that such a filing may occur.

WHEREFORE, Plaintiff respectfully requests that the Court approve the above motion for leave to file a document under seal, and order any other and further relief as this Court deems just and proper.

THE MEYERS LAW FIRM LC

*/s/ Kevin C. Koc*
Kevin C. Koc, MO Bar #56955
503 One Main Plaza
4435 Main Street
Kansas City, MO 64111
Telephone: (816) 444-8500
Facsimile: (816) 444-8508
kkoc@meyerslaw.com

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and forgoing document was served via the Court's CM/ECF system this 17th day of April 2023 upon all counsel of record.

JACKSON LEWIS P.C.

Kyle B. Russell, MO Bar #52660
Ariel L. Gutovitz, MO Bar #74425
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Ariel.Gutovitz@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

By: */s/ Kevin C. Koc* .
 **COUNSEL FOR PLAINTIFF**